NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3023

TIMOTHY EDWARD FLOOD,

Petitioner,

v.

DEPARTMENT OF THE ARMY,

Respondent.

Petition for review of the Merit Systems Protection Board in PH0752090209-I-1.

ON MOTION

## O R D E R

Timothy Edward Flood moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 1 0 2009
Date

cc:   Timothy Edward Flood
      Devin A. Wolak, Esq.
s20

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 0 2009

JAN HORBALY
CLERK